KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
CHRISTOPHER J. BECKER, State Bar No. 230529
Supervising Deputy Attorney General
JON S. ALLIN, State Bar No. 155069
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-3798
 Fax: (916) 324-5205
 E-mail: Jon.Allin@doj.ca.gov
*Attorneys for Defendants*
*Beard, Cate, and Biter*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **MIGUEL ANGEL SANCHEZ MORALES,** | 1:14-cv-01717-LJO-SAB |
| Plaintiff, | **STIPULATION FOR SECOND EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

1  The parties stipulate under Local Rule 144(a) to a seven-day extension of time, giving Defendants Beard, Cate, and Biter until March 19, 2015 to respond to the complaint.  The parties previously stipulated to an initial twenty-eight-day extension.  (ECF No. 11.)

Dated: March 12, 2015

*/s/ Maria L. Weitz*
(as authorized on Mar. 12, 2015)
MARIA L. WEITZ
Boucher, LLP
*Attorneys for Plaintiff*

Dated: March 12, 2015

KAMALA D. HARRIS
Attorney General of California
CHRISTOPHER J. BECKER
Supervising Deputy Attorney General

*/s/ Jon S. Allin*
_____
JON S. ALLIN
Deputy Attorney General
*Attorneys for Defendants
Beard, Cate, and Biter*

IT IS SO ORDERED.

Dated:   **March 12, 2015**

UNITED STATES MAGISTRATE JUDGE