| | |
|---|---|
| Raymond P. Boucher, State Bar No. 115364 | Jason K. Feldman, State Bar No. 213386 |
| Hermez Moreno, State Bar No. 72009 | Ian Wallach, State Bar No. 237849 |
| BOUCHER LLP | FELDMAN & WALLACH |
| 21600 Oxnard Street, Suite 600 | 606 Venice Boulevard, Suite C |
| Woodland Hills, California 91367-4903 | Venice, California 90291 |
| Tel:     (818) 340-5400 | Tel:     (310) 577-2001 |
| Fax:    (818) 340-5401 | Fax:    (310) 564-2004 |
| Emails:  ray@boucher.la | Emails: jason@feldmanwallach.com |
|              moreno@boucher.la |              ian@feldmanwallach.com |

Mark A. Ozzello, State Bar No. 116595
Suzy E. Lee, State Bar No.271120
ARIAS, OZZELLO, & GIGNAC, LLP
6701 Center Drive West, Suite 1400
Los Angeles, CA 90045
Tel:     (310) 670-1600
Fax:    (310) 670-1231
Emails: mozello@aogllp.com
             slee@aogllp.com

Attorneys for Plaintiff,
Miguel Angel Sanchez Morales

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MIGUEL ANGEL SANCHEZ MORALES , <br><br>Plaintiff,<br><br>v.<br><br>EDMUND G. BROWN, JR., GOVERNOR; JEFFREY BEARD, SECRETARY OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR); MATTHEW CATE, FORMER SECRETARY OF THE CDCR; MARTIN BITER, WARDEN OF THE KERN VALLEY STATE PRISON (KVSP0; ANTHONY HEDGPETH, FORMER WARDEN OF KVSP; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 1:14-CV-01717-LJO-SAB<br><br>**JOINT STIPULATION AND REQUEST TO CONTINUE APRIL 7, 2015 SCHEDULING CONFERENCE;  ORDER** |

By and through their respective counsel, the parties stipulate and agree as follows:

WHEREAS, on February 20, 2015, the Court entered an Order Setting Scheduling Conference, pursuant to which the parties must meet and confer on a discovery plan by March 18,

2015 (ECF No. 15);

WHEREAS, on March 12, 2015, Judge Boone signed the proposed order providing Defendants Beard, Cate, and Biter until March 19, 2015 to file a responsive pleading (ECF No. 17), and Defendants intend to file a motion to dismiss;

WHEREAS, Defendants Brown and Hedgpeth have not yet been served or appeared in the action;

WHEREAS, counsel for the parties agree that a continuance is warranted to allow Plaintiffs adequate time to review and evaluate Defendants' response to the Complaint prior to meeting and conferring regarding scheduling;

WHEREAS, counsel for the parties further agree that judicial economy will be best served if the Scheduling Conference is continued for sixty (60) days to allow the Court to rule on the motion to dismiss Defendants intend to file and to allow adequate time for a meaningful conference of the parties;

NOW THEREFORE, the parties hereby stipulate and request that the Court continue the Scheduling Conference and any deadlines pertaining thereto for sixty (60) days.

Dated: March 16, 2015                              BOUCHER, LLP

                                                   By: /s/ Hermez Moreno
                                                       HERMEZ MORENO
                                                       **BOUCHER, LLP**
                                                       *Attorneys for Plaintiff*

Dated: March 16, 2015                              KAMALA D. HARRIS
                                                   Attorney General of California
                                                   CHRISTOPHER J. BECKER
                                                   Supervising Deputy Attorney General

                                                   By: /s/ Jon S. Allin
                                                       JON S. ALLIN
                                                       Deputy Attorney General
                                                       *Attorneys for Defendants*
                                                       *Beard, Cate, and Biter*

**ORDER**

**GOOD CAUSE APPEARING**, the Court hereby approves this Stipulation by and between the parties and continues the Scheduling Conference to June 15, 2015 at 9:00 am before Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated:   **March 16, 2015**

UNITED STATES MAGISTRATE JUDGE