UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MIGUEL ANGEL SANCHEZ MORALES,<br><br>        Plaintiff,<br><br>    v.<br><br>EDMUND G. BROWN, JR. et al.,<br><br>        Defendants. | Case No. 1:14-cv-01717-LJO-SAB<br><br>ORDER RE JOINT STIPULATION ALLOWING PLAINTIFF LEAVE TO FILE A FIRST AMENDED COMPLAINT AND VACATING APRIL 29, 2015 HEARING ON DEFENDANTS' MOTION TO DISMISS; AND CONTINUING MANDATORY SCHEDULING CONFERENCE<br><br>(ECF Nos. 22, 23) |

On April 9, 2015, the parties filed a stipulation to vacate Defendants' motion to dismiss and allow Plaintiff to file an amended complaint, and a stipulation to continue the mandatory scheduling conference. Pursuant to the stipulations of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff shall file a first amended complaint on or before May 15, 2015;
2. Defendants' shall file a responsive pleading within thirty days from the filing of the first amended complaint;
3. Defendants' motion to dismiss is denied as moot;
4. The hearing on the motion to dismiss scheduled for April 29, 2015 is vacated;
5. The mandatory scheduling conference set for June 15, 2015 is continued to September 29, 2015 at 3:00 p.m.; and

6. A joint scheduling report is due one week prior to the mandatory scheduling conference.

IT IS SO ORDERED.

Dated:   **April 9, 2015**

UNITED STATES MAGISTRATE JUDGE