BOUCHER LLP
21600 Oxnard Street, Suite 600
Woodland Hills, California 91367-4903

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MIGUEL ANGEL SANCHEZ MORALES, <br><br> Plaintiff, <br><br> v. <br><br> EDMUND G. BROWN, JR., GOVERNOR; JEFFREY BEARD, SECRETARY OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR); MATTHEW CATE, FORMER SECRETARY OF THE CDCR; MARTIN BITER, WARDEN OF THE KERN VALLEY STATE PRISON (KVSP); ANTHONY HEDGPETH, FORMER WARDEN OF KVSP; and DOES 1 through 50, inclusive, <br><br> Defendant. | Case No. 1:14-CV-01717-LJO-SAB <br><br> **ORDER RE: JOINT STIPULATION TO STAY PROCEEDINGS, CONVERT SCHEDULING CONFERENCE TO STATUS CONFERENCE** |

Upon consideration of the Joint Stipulation to Stay Proceedings and Convert the Scheduling Conference to a Status Conference, it is hereby ORDERED that:

1. Further proceedings in this case are stayed until the conclusion of the current motions before the court in the related case, *Jackson, et al. v. Brown, et al.*, case no. 1:13-cv-01055-LJO-SAB;

2. The scheduling conference originally set for September 29, 2015 is converted to a status conference.

IT IS SO ORDERED.

Dated: __**July 13, 2015**__

UNITED STATES MAGISTRATE JUDGE