# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ANGEL MORALES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOVERNOR EDMUND G. BROWN, JR., et al.,<br><br>　　　　Defendants. | Case No.  1:14-cv-01717-LJO-SAB<br><br>ORDER VACATING JULY 29, 2015 HEARING ON DEFENDANTS' MOTION TO DISMISS |

　　　　On July 10, 2015, the parties filed a stipulation to stay these proceedings pending resolution of the current motion before the Court in the related case, Jackson v. Brown, No. 1:13-v-01055-LJO-SAB.  On July 14, 2015, an order issued staying the case.

　　　　Accordingly, IT IS HEREBY ORDERED that the hearing on Defendants' motion to dismiss set for July 29, 2015, at 10:00 a.m. in Courtroom 9 is VACATED and the parties will not be required to appear at the time.  If the Court determines that oral argument on Defendants' motion to dismiss is necessary, a new date shall be set after the stay in this action is lifted.

IT IS SO ORDERED.

Dated:　**July 20, 2015**

　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1