# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ANGEL MORALES,<br><br>           Plaintiff,<br><br>    v.<br><br>GOVERNOR EDMUND G. BROWN, JR., et al.,<br><br>           Defendants. | Case No.  1:14-cv-01717-LJO-SAB<br><br>ORDER CONTINUING SCHEDULING CONFERENCE TO OCTOBER 16, 2015 |

Currently there is a pending motion to dismiss and a status conference in this action set for September 29, 2015.  The Court finds that it is in the interest of conservation of the resources of the parties and judicial economy to continue the status conference in all these related actions to the same date. Accordingly, the status conference in this action shall be continued from September 29, 2015 to October 16, 2015 at 10:00 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated:   **September 16, 2015**

UNITED STATES MAGISTRATE JUDGE

1