Raymond P. Boucher, State Bar No. 115367
  *ray@boucher.la*
Hermez Moreno, State Bar No. 72009
  *moreno@boucher.la*
Milin Chun, State Bar No. 262674
  *chun@boucher.la*
**BOUCHER LLP**
21600 Oxnard Street, Suite 600
Woodland Hills, California 91367
Tel:  (818) 340-5400
Fax:  (818) 340-5401

Jason K. Feldman, State Bar No. 213386
  *jason@feldmanwallach.com*
Ian Wallach, State Bar No. 237849
  *ian@feldmanwallach.com*
**FELDMAN & WALLACH**
225 Santa Monica Blvd., 11th Floor
Santa Monica, California 90401
Tel:  (310) 577-2001
Fax:  (310) 564-2004

Mark A. Ozzello, State Bar No. 116595
  *mozzello@aogllp.com*
**ARIAS OZZELLO & GIGNAC, LLP**
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Tel: (310) 670-1600
Fax: (310) 670-1231

*Attorneys for Plaintiff,*
Miguel Angel Sanchez Morales

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MIGUEL ANGEL SANCHEZ MORALES , <br><br> Plaintiff, <br><br> v. <br><br> EDMUND G. BROWN, JR., GOVERNOR; JEFFREY BEARD, SECRETARY OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR); MATTHEW CATE, FORMER SECRETARY OF THE CDCR; MARTIN BITER, WARDEN OF THE KERN VALLEY STATE PRISON (KVSP); ANTHONY HEDGPETH, FORMER WARDEN OF KVSP; and DOES 1 through 50, inclusive, <br><br> Defendant. | Case No. 1:14-CV-01717-LJO-SAB <br><br> **ORDER OF DISMISSAL AS TO DEFENDANT BROWN** |

Upon consideration of the Joint Stipulation of Dismissal as to Defendant Brown, it is hereby ORDERED that:

1. Any and **all claims** against defendant BROWN in this action are **DISMISSED WITH PREJUDICE.**

2. Defendant BROWN **as a party** to the above-entitled action is **DISMISSED WITH PREJUDICE.**

3. Nothing in this Stipulation shall be construed as any dismissal of any claims against any of the remaining DEFENDANTS, or of any of the remaining DEFENDANTS as parties to the action, or of any mutual release or waiver between Plaintiff and any or all of the remaining DEFENDANTS.

IT IS SO ORDERED.

Dated:   **October 2, 2015**          **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE