IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MIGUEL ANGEL SANCHEZ MORALES,<br><br>Plaintiff,<br><br>v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>Defendants. | 1:14-cv-01717-LJO-SAB<br><br>ORDER RE STIPULATION FOR FIRST EXTENSION OF TIME FOR DEFENDANT SCHWARZENEGGER TO FILE RESPONSIVE PLEADING |

Defendants Beard, Biter, and Cate filed a motion to dismiss on June 15, 2015. (ECF No. 26.) On October 20, 2014, this Court issued a findings and recommendations recommending granting Defendants motion to dismiss and that this action be dismissed. (ECF No. 42.) On October 21, 2015, the parties filed a stipulation to extend time to December 11, 2015 for Defendant Schwarzenegger to file an answer to the first amended complaint.

The Court finds that it would be in the interest of economy for the ruling on the findings and recommendations to issue prior to Defendant Schwarzenegger filing his responsive pleading. Therefore, the Court shall extend time for Defendant Schwarzenegger to file his responsive pleading until December 11, 2015. However, if the findings and recommendations have not been addressed by this date, Defendant Schwarzenegger shall file his responsive pleading within

1

Stip. Ext. Time Resp. Plead.  (1:14-cv-01717-LJO-SAB)

twenty days of the district judge's order addressing the findings and recommendations.

Accordingly, IT IS HEREBY ORDERED that Defendant Schwarzenegger shall file his responsive pleading by December 11, 2015 or within twenty (20) days Judge O'Neill issuing an order addressing the merits of Defendants' motion to dismiss (ECF No. 26), whichever is later.

IT IS SO ORDERED.

Dated: **October 21, 2015**

UNITED STATES MAGISTRATE JUDGE

2

Stip. Ext. Time Resp. Plead.  (1:14-cv-01717-LJO-SAB)