KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
CHRISTOPHER J. BECKER, State Bar No. 230529
Supervising Deputy Attorney General
JON S. ALLIN, State Bar No. 155069
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-3798
 Fax: (916) 324-5205
 E-mail: Jon.Allin@doj.ca.gov
*Attorneys for Defendants Schwarzenegger,
Beard, Cate, Biter, and Hedgpeth*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **MIGUEL ANGEL SANCHEZ MORALES,**<br><br>Plaintiff,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 1:14-cv-01717-LJO-SAB<br><br>**STIPULATION FOR FIRST EXTENSION OF TIME FOR DEFENDANT HEDGPETH TO FILE RESPONSIVE PLEADING**<br><br>Action Filed: November 1, 2014 |

The parties stipulate under Local Rule 144(a) to an initial extension of time for Defendant Hedgpeth to respond to the First Amended Complaint until December 11, 2015 or within twenty days of Judge O'Neill issuing an order addressing the merits of Defendants' motion to dismiss (ECF No. 26), whichever is later.

On October 20, 2015, the Court issued findings and recommendations recommending that Defendants Beard, Cate, and Biter's motion to dismiss be granted. (ECF No. 42.) On October 22, 2015, the Court found that it would be in the interest of economy for the ruling on the findings and recommendations to issue prior to Defendant Schwarzenegger filing his responsive pleading and ordered that "Defendant Schwarzenegger shall file his responsive pleading by December 11,

2015 or within twenty (20) days [of] Judge O'Neill issuing an order addressing the merits of Defendants' motion to dismiss (ECF No. 26), whichever is later." (ECF No. 44.) The parties now stipulate to the same extension of time for Defendant Hedgpeth to file a responsive pleading.

Dated: October 27, 2015

*/s/ Milin Chun*
(as authorized on Oct. 27, 2015)
MILIN CHUN
Boucher, LLP
*Attorneys for Plaintiff*

Dated: November 5, 2015

KAMALA D. HARRIS
Attorney General of California
CHRISTOPHER J. BECKER
Supervising Deputy Attorney General

*/s/ Jon S. Allin*
_____
JON S. ALLIN
Deputy Attorney General
*Attorneys for Defendants Schwarzenegger, Beard, Cate, Biter, and Hedgpeth*

IT IS SO ORDERED.

Dated:   **November 6, 2015**

UNITED STATES MAGISTRATE JUDGE