# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ANGEL MORALES,<br><br>        Plaintiff,<br><br>    v.<br><br>GOVERNOR EDMUND G. BROWN, JR., et al.,<br><br>        Defendants. | Case No. 1:14-cv-01717-LJO-SAB<br><br>ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS TO JULY 31, 2019 |

Currently a motion to dismiss is set to be heard in this matter on June 18, 2019. Several related motions set for the same day have been continued at the stipulation of the parties to July 31, 2019. For judicial economy in considering these related motions, IT IS HEREBY ORDERED that the hearing set for June 18, 2019, in this matter is CONTINUED to **July 31, 2019, at 10:00 a.m.** in Courtroom 9.

IT IS SO ORDERED.

Dated:   **May 20, 2019**                                     _____
                                                          UNITED STATES MAGISTRATE JUDGE