# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ANGEL MORALES,<br><br>  Plaintiff,<br><br>  v.<br><br>GOVERNOR EDMUND G. BROWN, JR., et al.,<br><br>  Defendants. | Case No. 1:14-cv-01717-LJO-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>(ECF No. |

This action was filed by Miguel Angel Morales ("Plaintiff") on November 1, 2014, and was stayed until April 5, 2019 for resolution of appeals in related cases. (ECF Nos. 1, 53.) On April 26, 2019, the defendants filed a suggestion of the death of Plaintiff. (ECF No. 55.) On July 17, 2019, a stipulation was filed by Plaintiff's successor's in interest dismissing this action with prejudice with each party to bear its own costs and fees. In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorneys' fees.

Accordingly, IT IS HEREBY ORDERED that all pending dates and matters are VACATED and the Clerk of the Court is DIRECTED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:  **July 17, 2019**

  UNITED STATES MAGISTRATE JUDGE

1